Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:       Clerk, U.S. Bankruptcy Court

Re:       UNDISTRIBUTED FUNDS

Case No.: 6:10-bk-28439-DS

Debtor(s):   JUDITH C EISLEY
             41908 VARDON DR
             TEMECULA, CA  92591

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| PACIFIC LAW CENTER | $425.00 |
| 2828 UNIVERSITY AVE, STE 106 SAN DIEGO, CA 92104 | |

Dated: 12/3/10

Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| | | | | | | |
|---|---|---|---|---|---|---|
| ROD DANIELSON, Chapter 13 Trustee | | | | | Check #.: **0333065** | |
| Payee: US BANKRUPTCY COURT | | | | | Date: Dec 01, 2010 | |
| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
| 1028439 | JUDITH C EISLEY | | 00000 | 425.00 | 0.00 | 425.00 |

---

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT    TOTALS:    425.00    0.00    425.00

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
CHAPTER 13 TRUSTEE
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

JUDITH C EISLEY
BALANCE: 0.00    [0.00 Claim:00000]
ACCT:
PRINCIPAL: 425.00
CASE: 1028439
INTEREST: 0.00

16-4430
1220

**1ST ENTERPRISE BANK**
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
**0333065**

CHECK DATE: Dec 01, 2010
AMOUNT: ********425.00**
VOID 45 DAYS FROM DATE

PAY    Four Hundred Twenty Five And 00 / 100 Dollars

TO THE ORDER OF
US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑆0333065⑆ ⑈122044300⑈ ⑆030⑆100078⑈